Ty Ho
Ho & Associates
502 Rainier Ave S., Suite 202
Seattle, WA 98144
Tel: 206.328.2401
Fax: 206.329.0351

Timothy Dore
Chapter 7
Hearing Location:   Seattle
Hearing Date:   04/29/2022
Hearing Time:   9:30 a.m.
Response Date:   04/22/2022

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Alex Lenh and Nga Nguyen

Debtors.

Chapter 7

**Bankruptcy No.  17-15050**

**DEBTORS' MOTION FOR CONVERSION OF CHAPTER 7 PROCEEDING TO CHAPTER 13**

TO:            Clerk of the United States Bankruptcy Court
AND TO:     U.S. Trustee
AND TO:     Ronald Brown, Chapter 7 Trustee
AND TO:     Debtors
AND TO:     All creditors on the mailing matrix and who requested special notice

COMES NOW Debtors, by and through their counsel of record, Ty Ho of Ho & Associates, hereby moves the Court for an order converting the above-entitled case from chapter 7 to chapter 13 of title 11 in accordance with 11 USC § 706 (a) and (b) on the grounds set forth below:

1. This bankruptcy case was commenced by petition filed by the debtors under chapter 7 on November 19, 2017.  Conversion of this case by the debtors to a chapter 7 case is allowed under § 11 U.S.C. § 706(a) and (b).

2. This case has not been converted under §706, §1112, or §1208, or 1307 of said title 11.

*Notice of Hearing - Page 1 of 2*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

3.  The Debtors are eligible to be debtors under chapter 13 of the Bankruptcy Code

4.  Attached hereto and filed herewith is Debtors' declaration regarding this case and their needs to covert to Chapter 13 and debtors' eligibility for chapter 13.

WHEREFORE, the debtors request relief in accordance with chapter 13 of the Bankruptcy Code and declares under penalty of perjury that the information provided in this conversion is true and correct.

DATED this __17th__ day of March, 2022.

**Ho** & Associates

 /s/Ty Ho
Attorney for Debtors/WSBA # 35808
Ho & Associates
502 Rainier Avenue South, Suite 202
Seattle, Washington 98144
Tel:      206.328.2401
Fax:      206.329.0351
Email:  Ty.Ho@hoassociates.com

/s/ Alex Lenh and Nga Nguyen

Alex Lenh & Nga Nguyen - Debtors

*Notice of Hearing - Page 2 of 2*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

Case 17-15050-TWD    Doc 76    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 2 of 2