Ty Ho
Ho & Associates
502 Rainier Ave S., Suite 202
Seattle, WA 98144
Tel: 206.328.2401
Fax: 206.329.0351

Timothy Dore
Chapter 7
Hearing Location:     Seattle
Hearing Date:     04/29/2022
Hearing Time:     9:30 a.m.
Response Date:     04/22/2022

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In re:

Alex Lenh and Nga Nguyen

Debtors.

Chapter 7

**Bankruptcy No.  17-15050**

**DEBTORS' DECLARATION RE. MOTION FOR CONVERSION OF CHAPTER 7 PROCEEDING TO CHAPTER 13**

We, Alex Lenh and Nga Nguyen, hereby declare as follow under the penalty of perjury of the laws of the United States of America that the following and any attached documents are true:

1. We are debtors in this bankruptcy case.

2. We are married, husband and wife

3. We are requesting to covert our Chapter 7 Proceeding to Chapter 13 so that we can keep our house.

4. We filed for chapter 7 bankruptcy on November 19, 2017. My bankruptcy attorney was Alexander Y Chan.  My bankruptcy attorney was later disbarred.

5. When we filed for chapter 7 bankruptcy, our house was valued at $284,000. **See Exhibit 1 for filed Schedule A/B.**

6. Our mortgage for the house was about $250,000. **See Exhibit 2 for filed Schedule D.** We elected to keep the house and reaffirmed the mortgage debt. We exempted all the equities in the house at that time, which was about $35,000.

7. We had a total unsecured debt of about $196,000. **See Exhibit 3 for filed Schedule F.**

8. We received a Chapter 7 discharge on March 06, 2018

*Declaration of Debtors - Page 1 of 3*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://chooseassociates.com

9. However, our case was not closed because debtor Nga Nguyen was injured in a car accident. Trustee needed to keep the case opened to monitor debtor Nga Nguyen's personal injury compensation, to determine whether any amount of that was not exempted.

10. We understood that the only remaining issue in the case would be for debtor Nga Nguyen to settle her personal injury claim and for her to receive the exempted amount and surrender to the bankruptcy estate the amount above the exemption amount.

11. Our bankruptcy attorney Alexander Y Chan were unresponsive with debtors' request to assist them in the resolution of the personal injury claims.

12. We finally received a letter from the Bankruptcy Court that their bankruptcy attorney was disbarred. **See Exhibit 4**.

13. Unbeknown to us, Chapter 7 Trustee wished to take the house and sell it.

14. We also received a notice from the mortgage company Trustee who was going to sell our house. We thought it was the same trustee from Chapter 7. We were so afraid of losing our house so we talked with the Foreclosure Trustee. The Foreclosure Trustee told us to pay them $57,438.95 to stop the foreclosure. **See Exhibit 5 for Trustee Reinstatement Request**. Debtor Alex Lenh cashed out his 401K/VIP from Boeing and borrowed their family money to pay the Foreclosure Trustee. **See Exhibit 6 for Proof of Payment and VIP Loan**.

15. We were caught by surprised that even though we paid to stop the foreclosure, we got notices that our house would be sold. We were not aware that this was from a different Trustee. We now understand that the two Trustees are different.

16. We want to keep our house. That was the reason we filed for Chapter 7 in the first place. It's now 4.5 years later that the Bankruptcy Trustee is trying to take our house because he sees there is additional equity in the property due to the current uptake in the real estate market.

17. This gives us no choice, but to covert our case to chapter 13. We need to keep our house so that we and our 2 children have a place to live.

18. We are qualified for Chapter 13 bankruptcy. Currently, our combined net income is about $4,835.14. **See Exhibit 7 for updated Schedule I.**

*Declaration of Debtors - Page 2 of 3*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

19. Our expenses are about $3,358.49, inclusive of the mortgage payment. **See Exhibit 8 for updated Schedule J**. There will be $1,476.65 remaining income to pay for unsecured creditors.

20. Chapter 7 Order Allowing Claims for Unsecured Creditor total was $114,113.45. **See Exhibit 9** Bankruptcy Trustee currently holds $60,000 from debtor Nga Nguyen's Personal Injury Compensation. **See Exhibit 10**

21. We are well qualified to have a Chapter 13 Repayment Plan.

22. We ask that this court allow us to switch to chapter 13 and allow us to keep our house.

Signed in Seattle, Washington on March 17, 2022

_____
Alex Huynh, debtor

_____
Nga nguyen, debtor

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

# EXHIBIT 1

**EXHIBIT 1**

Fill in this information to identify your case and this filing:

Debtor 1   **Alex**                              **Lenh**
           First Name        Middle Name         Last Name

Debtor 2   **Nga**                                **Nguyen**
(Spouse, if filing)  First Name   Middle Name     Last Name

United States Bankruptcy Court for the: Western District of Washington

Case number _____

☐ Check if this is an
amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No. Go to Part 2.
☑ Yes. Where is the property?

**1.1.**  2934 South Webster Street
Street address, if available, or other description

Seattle              WA    98108
City                 State  ZIP Code

County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____.

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   284,000.00 | $   284,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

**1.2.** _____
Street address, if available, or other description

_____

City              State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ | $ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

| 1.3. _____ | What is the property? Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Street address, if available, or other description | ☐ Single-family home | |
| _____ | ☐ Duplex or multi-unit building | |
| _____ | ☐ Condominium or cooperative | **Current value of the entire property?**  **Current value of the portion you own?** |
| _____ | ☐ Manufactured or mobile home | $_____   $_____ |
| City _____ State ___ ZIP Code | ☐ Land | |
| | ☐ Investment property | **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** |
| | ☐ Timeshare | |
| | ☐ Other _____ | |
| County _____ | **Who has an interest in the property? Check one.** | |
| | ☐ Debtor 1 only | |
| | ☐ Debtor 2 only | ☐ Check if this is community property (see instructions) |
| | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | |
| | **Other information you wish to add about this item, such as local property identification number:** _____ | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ......................➔   $ 284,000.00

## Part 2:  Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
   ☐ No
   ☑ Yes

| 3.1. Make: Honda | **Who has an interest in the property? Check one.** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Model: Civic | ☑ Debtor 1 only | |
| Year: 1999 | ☐ Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | |
| | ☐ Check if this is community property (see instructions) | $ 800.00   $ 800.00 |

If you own or have more than one, describe here:

| 3.2. Make: Mercedes | **Who has an interest in the property? Check one.** | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Model: 230 | ☑ Debtor 1 only | |
| Year: 2006 | ☐ Debtor 2 only | **Current value of the entire property?**  **Current value of the portion you own?** |
| Approximate mileage: _____ | ☐ Debtor 1 and Debtor 2 only | |
| Other information: | ☐ At least one of the debtors and another | |
| | ☐ Check if this is community property (see instructions) | $ 2,300.00   $ 2,300.00 |

3.3.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:

       [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

3.4.   Make: _____
       Model: _____
       Year: _____
       Approximate mileage: _____
       Other information:

       [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
     *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
     ☐ No
     ☐ Yes

4.1.   Make: _____
       Model: _____
       Year: _____
       Other information:

       [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

If you own or have more than one, list here:

4.2.   Make: _____
       Model: _____
       Year: _____
       Other information:

       [                    ]

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

5.   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here ........................................→   $ 3,100.00

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?                    **Current value of the portion you own?**
                                                                                                      Do not deduct secured claims or exemptions.

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☑ Yes. Describe........    | furniture |                                            $_____100.00

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☑ Yes. Describe..........   | television |                                           $_____100.00

8.  **Collectibles of value**
    *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
    ☑ No
    ☐ Yes. Describe..........   |          |                                            $_____

9.  **Equipment for sports and hobbies**
    *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
    ☐ No
    ☐ Yes. Describe..........   |          |                                            $_____

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe..........   |          |                                            $_____

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..........   | everyday clothes |                                    $_____200.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☑ No
    ☐ Yes. Describe...........  |          |                                            $_____

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☑ No
    ☐ Yes. Describe..........   |          |                                            $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. ..............   |          |                      $_____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ........................................    →    $_____400.00

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☒ Yes.................................................................................................    Cash: ...................    $         500.00

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☒ Yes.....................    Institution name:

   | | | |
   |---|---|---|
   | 17.1. Checking account: | Wells Fargo Account No. 2738 | $         113.00 |
   | 17.2. Checking account: | Wells Fargo Account No. 1973 | $       1,132.00 |
   | 17.3. Savings account: | | $ |
   | 17.4. Savings account: | | $ |
   | 17.5. Certificates of deposit: | | $ |
   | 17.6. Other financial account: | | $ |
   | 17.7. Other financial account: | | $ |
   | 17.8. Other financial account: | | $ |
   | 17.9. Other financial account: | | $ |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☒ No
   ☐ Yes.................    Institution or issuer name:

   _____    $_____
   _____    $_____
   _____    $_____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☒ No
   ☐ Yes. Give specific    Name of entity:                          % of ownership:
       information about
       them.....................    _____    0%____%    $_____
                                    _____    0%____%    $_____
                                    _____    0%____%    $_____

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them...................

| Issuer name: | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.

| Type of account: | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $_____ |
| Pension plan: | _____ | $_____ |
| IRA: | _____ | $_____ |
| Retirement account: | _____ | $_____ |
| Keogh: | _____ | $_____ |
| Additional account: | _____ | $_____ |
| Additional account: | _____ | $_____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes ..........................

| | Institution name or individual: | |
|---|---|---|
| Electric: | _____ | $_____ |
| Gas: | _____ | $_____ |
| Heating oil: | _____ | $_____ |
| Security deposit on rental unit: | _____ | $_____ |
| Prepaid rent: | _____ | $_____ |
| Telephone: | _____ | $_____ |
| Water: | _____ | $_____ |
| Rented furniture: | _____ | $_____ |
| Other: | _____ | $_____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes ..........................

| Issuer name and description: | |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ..................... Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

_____ $_____
_____ $_____
_____ $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them.... [                                    ] $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them.... [                                    ] $_____

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them.... [                                    ] $_____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ..................

Federal: $_____
State: $_____
Local: $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..............

Alimony: $_____
Maintenance: $_____
Support: $_____
Divorce settlement: $_____
Property settlement: $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information............... [                                    ] $_____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☒ No
☐ Yes. Name the insurance company
     of each policy and list its value. ...

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

**32. Any interest in property that is due from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☒ No
☐ Yes. Give specific information............ [_____] $_____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
☒ Yes. Describe each claim. ............. [ We have a bodily injury claim relating to an accident ] $    15,000.00

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☒ No
☐ Yes. Describe each claim. ............... [_____] $_____

**35. Any financial assets you did not already list**

☒ No
☐ Yes. Give specific information............ [_____] $_____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here** .......................................................➔ [ $    16,745.00 ]

---

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.
☒ Yes. Go to line 38.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☒ No
☐ Yes. Describe...... [_____] $_____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☒ No
☐ Yes. Describe...... [_____] $_____

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 12 of 51

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe......

| tanning and hair salon equipment | $ 3,000.00 |

**41. Inventory**

☑ No
☐ Yes. Describe......

| | $ |

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe......   Name of entity:                          % of ownership:

_____  _____%  $_____
_____  _____%  $_____
_____  _____%  $_____

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe......

| | $_____ |

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information .........

_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____
_____  $_____

**45.** Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here .................................................➔  $ 3,000.00

---

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest in.**
If you own or have an interest in farmland, list it in Part 1.

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes ......................

| | $_____ |

48. Crops—either growing or harvested
   - ☐ No
   - ☐ Yes. Give specific information............  $_____

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
   - ☑ No
   - ☐ Yes...................  $_____

50. Farm and fishing supplies, chemicals, and feed
   - ☑ No
   - ☐ Yes...................  $_____

51. Any farm- and commercial fishing-related property you did not already list
   - ☑ No
   - ☐ Yes. Give specific information............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ..................  →  $_____0.00

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
   *Examples:* Season tickets, country club membership
   - ☑ No
   - ☐ Yes. Give specific information............  $_____
                                                    $_____
                                                    $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ..................  →  $_____

## Part 8:    List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ..................  →  $   284,000.00

56. Part 2: Total vehicles, line 5  $   3,100.00

57. Part 3: Total personal and household items, line 15  $   400.00

58. Part 4: Total financial assets, line 36  $   16,745.00

59. Part 5: Total business-related property, line 45  $   3,000.00

60. Part 6: Total farm- and fishing-related property, line 52  $   0.00

61. Part 7: Total other property not listed, line 54  + $   0.00

62. Total personal property. Add lines 56 through 61. ..................  $   23,245.00    Copy personal property total →  + $   23,245.00

63. Total of all property on Schedule A/B. Add line 55 + line 62 ..................  $   307,245.00

# EXHIBIT 2

**EXHIBIT 2**

---

**Fill in this information to identify your case:**

| Debtor 1 | Alex | | Lenh |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nga | | Nguyen |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   - ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A: Amount of claim Do not deduct the value of collateral. | Column B: Value of collateral that supports this claim | Column C: Unsecured portion if any |
|---|---|---|---|---|

**2.1**

| U.S. Bank | Describe the property that secures the claim: | $ 249,995.41 | $ 284,000.00 | $ 34,004.59 |
|---|---|---|---|---|

Creditor's Name

PCG-Renton Hills

Number _____ Street

Residence

PO Box 790179

St. Louis _____ M
City _____ State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☑ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number 7 1 6 2

**2.2**

| | Describe the property that secures the claim: | $_____ | $_____ | $_____ |
|---|---|---|---|---|

Creditor's Name

Number _____ Street

_____

_____
City _____ State ZIP Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset) _____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 249,995.41 | |
|---|---|---|

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>if any |

---

**Creditor's Name**

Number        Street

City                    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Creditor's Name**

Number        Street

City                    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

**Creditor's Name**

Number        Street

City                    State    ZIP Code

**Who owes the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Describe the property that secures the claim:**

$_____    $_____    $_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number ___ ___ ___ ___

---

Add the dollar value of your entries in Column A on this page. Write that number here:    $_____

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:    $_____

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

_____

_____

City         State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

_____

_____

City         State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

_____

_____

City         State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number  7  1  6  2

Number    Street

_____

_____

City         State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

_____

_____

City         State    ZIP Code

On which line in Part 1 did you enter the creditor? _____

Name _____

Last 4 digits of account number ___ ___ ___ ___

Number    Street

_____

_____

City         State    ZIP Code

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 18 of 51

# EXHIBIT 3

**EXHIBIT 3**

Fill in this information to identify your case:

| Debtor 1 | Alex | | Lenh |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nga | | Nguyen |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number
(If known) _____

☐ Check if this is an
amended filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, and number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1**

Priority Creditor's Name

Number     Street

City          State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __     $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**2.2**

Priority Creditor's Name

Number     Street

City          State     ZIP Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number __ __ __ __     $_____ $_____ $_____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **Alex**      **Lenh**

First Name    Middle Name      Last Name

Case number (if known)_____

After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

---

| | |
|---|---|
| _____ <br> Priority Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code <br><br> **Who incurred the debt? Check one.** <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this claim is for a community debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | **Last 4 digits of account number** __ __ __ __    $_____   $_____   $_____ <br><br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ |

---

| | |
|---|---|
| _____ <br> Priority Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code <br><br> **Who incurred the debt? Check one.** <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this claim is for a community debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | **Last 4 digits of account number** __ __ __ __    $_____   $_____   $_____ <br><br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ |

---

| | |
|---|---|
| _____ <br> Priority Creditor's Name <br><br> _____ <br> Number    Street <br><br> _____ <br><br> _____ <br> City      State    ZIP Code <br><br> **Who incurred the debt? Check one.** <br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ Check if this claim is for a community debt <br><br> **Is the claim subject to offset?** <br> ☐ No <br> ☐ Yes | **Last 4 digits of account number** __ __ __ __    $_____   $_____   $_____ <br><br> **When was the debt incurred?** _____ <br><br> **As of the date you file, the claim is:** Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of PRIORITY unsecured claim:** <br> ☐ Domestic support obligations <br> ☐ Taxes and certain other debts you owe the government <br> ☐ Claims for death or personal injury while you were intoxicated <br> ☐ Other. Specify _____ |

---

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 21 of 51

Debtor 1 ___Alex Lenh___
First Name   Middle Name   Last Name   Case number (if known) _____

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|       |                                                                                 | Total claim |
|-------|---------------------------------------------------------------------------------|-------------|

**4.1** Boeing Employees Credit Union
Nonpriority Creditor's Name
PO Box 97050-Dir of Ln
Number   Street
Seattle                    WA      98124
City                       State   ZIP Code

Last 4 digits of account number  7  1  1  4
When was the debt incurred?  ~~12/2005~~  2/1998

$ 25,109.55

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __consumer__

**4.2** US Bank
Nonpriority Creditor's Name
PO Box 108
Number   Street
Saint Louis                MO      63166
City                       State   ZIP Code

Last 4 digits of account number  9  0  8  6
When was the debt incurred?  ~~2/1998~~  3/2007

$ 14,818.04

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __consumer__

**4.3** US Bank
Nonpriority Creditor's Name
PO Box 108
Number   Street
Saint Louis                MO      63166
City                       State   ZIP Code

Last 4 digits of account number  5  4  5  1
When was the debt incurred?  5/2004

$ 4,018.01

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __consumer__

Debtor 1     Alex Lenh
             First Name    Middle Name    Last Name          Case number (if known)_____

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

| 4.4 | |
|---|---|

U.S. Bank Reserve Line
Nonpriority Creditor's Name                               Last 4 digits of account number  6  9  8  1        $ 3,068.76

PO Box 3447
Number      Street                                       When was the debt incurred?   4/2007

Oshkosh                    WI        54903
City                       State     ZIP Code             As of the date you file, the claim is: Check all that apply.
                                                          ☑ Contingent
                                                          ☐ Unliquidated
**Who incurred the debt?** Check one.                      ☐ Disputed
☑ Debtor 1 only
☐ Debtor 2 only                                           Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only                              ☐ Student loans
☐ At least one of the debtors and another                 ☐ Obligations arising out of a separation agreement or divorce that
                                                             you did not report as priority claims
☑ Check if this claim is for a community debt             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify  consumer
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.5 | |
|---|---|

Barclays Bank Delaware
Nonpriority Creditor's Name                               Last 4 digits of account number  4  6  9  3        $ 1,477.70

PO Box 8803
Number      Street                                       When was the debt incurred?   10/2016

Wilmington                 DE        19899
City                       State     ZIP Code             As of the date you file, the claim is: Check all that apply.
                                                          ☑ Contingent
                                                          ☐ Unliquidated
**Who incurred the debt?** Check one.                      ☐ Disputed
☐ Debtor 1 only
☑ Debtor 2 only                                           Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only                              ☐ Student loans
☐ At least one of the debtors and another                 ☐ Obligations arising out of a separation agreement or divorce that
                                                             you did not report as priority claims
☑ Check if this claim is for a community debt             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify  consumer
**Is the claim subject to offset?**
☑ No
☐ Yes

| 4.6 | |
|---|---|

Boeing Employees Credit Union
Nonpriority Creditor's Name                               Last 4 digits of account number  0  0  1  7        $ 19,932.64

PO Box 97050-Dir of Ln
Number      Street                                       When was the debt incurred?   3/2000

Seattle                    WA        98124
City                       State     ZIP Code             As of the date you file, the claim is: Check all that apply.
                                                          ☑ Contingent
                                                          ☐ Unliquidated
**Who incurred the debt?** Check one.                      ☐ Disputed
☐ Debtor 1 only
☑ Debtor 2 only                                           Type of **NONPRIORITY** unsecured claim:
☐ Debtor 1 and Debtor 2 only                              ☐ Student loans
☐ At least one of the debtors and another                 ☐ Obligations arising out of a separation agreement or divorce that
                                                             you did not report as priority claims
☑ Check if this claim is for a community debt             ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                          ☑ Other. Specify  consumer
**Is the claim subject to offset?**
☑ No
☐ Yes

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 23 of 51

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name _____

Number    Street _____

_____

City _____ State ____ ZIP Code ____

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number ___ ___ ___ ___

---

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 24 of 51

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.**

**Total claim**

**Total claims from Part 1**

| | | | Total claim |
|---|---|---|---|
| 6a. Domestic support obligations | 6a. | $ | 0.00 |
| 6b. Taxes and certain other debts you owe the government | 6b. | $ | 0.00 |
| 6c. Claims for death or personal injury while you were intoxicated | 6c. | $ | 0.00 |
| 6d. Other. Add all other priority unsecured claims. Write that amount here. | 6d. | + $ | 195,785.68 |
| 6e. Total. Add lines 6a through 6d. | 6e. | $ | 195,785.68 |

**Total claims from Part 2**

| | | | Total claim |
|---|---|---|---|
| 6f. Student loans | 6f. | $ | 0.00 |
| 6g. Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ | 0.00 |
| 6h. Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | 0.00 |
| 6i. Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | + $ | 0.00 |
| 6j. Total. Add lines 6f through 6i. | 6j. | $ | 0.00 |

(1) Capital One
PO Box 30285
Salt Lake City, Utah 84130

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 6785. The total claim is $935.70. This debt was incurred in February of 2005.

(2) Citi Cards/Citibank
PO Box 6241
Sioux Falls, SD 57117

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 5675. The total claim is $8259.33. This debt was incurred in February of 2002.

(3) Macys
PO Box 8218
Mason, OH 45040

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 7422. The total claim is $2233. This debt was incurred in May of 1995.

(4) Synchrony Bank/Lowes
PO Box 965005
Orlando, FL 32896

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 4424. The total claim is $5234.81. This debt was incurred in March of 2012.

(5) Boeing Employees Credit Union
PO Box 97050
Seattle, WA 98124

Only debtor 1 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 4841. The total claim is $12647.82. This debt was incurred in February of 1998.

(6) US Bank
PO Box 108
St. Louis, MO 63166

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 2198. The total claim is $8146.98. This debt was incurred in November of 2007.

(7)     US Bank
        PO Box 108
        St. Louis, MO 63166

        Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a
        contingent debt. It is a consumer debt. The last four digits of the account number are 0829.
        The total claim is $17685.78. This debt was incurred in January of 1997.

(8)     US Bank Reserve Line
        PO Box 3447
        Oshkosh, WI 54903

        Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a
        contingent debt. It is a consumer debt. The last four digits of the account number are 6981.
        The total claim is $3068.76. This debt was incurred in November of 2007.

(9)     US Bank Reserve Line
        PO Box 3447
        Oshkosh, WI 54903

        Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a
        contingent debt. It is a consumer debt. The last four digits of the account number are 7372.
        The total claim is $7364.03. This debt was incurred in November of 2007.

(10)    US Bank
        PO Box 108
        St. Louis, MO 63166

        Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a
        contingent debt. It is a consumer debt. The last four digits of the account number are 3059.
        The total claim is $20315.95. This debt was incurred in January of 1997.

(11)    US Bank
        PO Box 108
        St. Louis, MO 63166

        Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a
        contingent debt. It is a consumer debt. The last four digits of the account number are 3059.
        The total claim is $20315.95. This debt was incurred in January of 1997.

(12)    Discover Financial Services
        PO Box 6103
        Carol Stream, IL 60197-6103

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 2990. The total claim is $13443.53. This debt was incurred in October of 2002.

(12)  JCPenney Credit Services
      C/O SYNCB
      PO Box 9650006
      Orlando, FL 32896

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 0541. The total claim is $1593.93. This debt was incurred in June of 2010.

(13)  CosmoProf Credit Department
      3900 Morse Street
      Denton, TX 76208

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 3919. The total claim is $845.63. This debt was incurred in September of 2017.

(14)  Tim Tran
      664 Strander Boulevard
      Tukwila, WA 98188

Only debtor 2 incurred this debt. It is a community debt that is not subject to offset. It is a contingent debt. It is a medical debt not covered by insurance. The last four digits of the account number are 4965. The total claim is $351. This debt was incurred on September 4, 2017.

(15)  Bank of America
      PO Box 15019
      Vilmington, DE 19850

Only Debtor 2 incurred this debt. It is a community debt not subject to offset. It is a contingent debt. It is a consumer debt. The last four digits of the account number are 2448. The total claim is $25,236.52, incurred on November of 2011

| | | |
|---|---|---|
| Debtor 1 | Alex | Lenh |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Nga | Nguyen |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Western District of Washington

Case number
(If known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

**Official Form 106J**

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. Does Debtor 2 live in a separate household?

       ☑ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| child | 16 | ☐ No ☑ Yes |
| child | 15 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ 1,000.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. | $ 218.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. | $ 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. | $ 0.00 |
| 4d. Homeowner's association or condominium dues | 4d. | $ 0.00 |

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans    5.    $_____0.00

6. **Utilities:**

   6a.  Electricity, heat, natural gas    6a.    $_____400.00

   6b.  Water, sewer, garbage collection    6b.    $_____250.00

   6c.  Telephone, cell phone, Internet, satellite, and cable services    6c.    $_____100.00

   6d.  Other. Specify:_____    6d.    $_____0.00

7. **Food and housekeeping supplies**    7.    $_____1,000.00

8. **Childcare and children's education costs**    8.    $_____100.00

9. **Clothing, laundry, and dry cleaning**    9.    $_____100.00

10. **Personal care products and services**    10.    $_____100.00

11. **Medical and dental expenses**    11.    $_____0.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments.    12.    $_____350.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**    13.    $_____0.00

14. **Charitable contributions and religious donations**    14.    $_____0.00

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance    15a.    $_____0.00

   15b.  Health insurance    15b.    $_____0.00

   15c.  Vehicle insurance    15c.    $_____150.00

   15d.  Other insurance. Specify:_____    15d.    $_____0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:_____    16.    $_____0.00

17. **Installment or lease payments:**

   17a.  Car payments for Vehicle 1    17a.    $_____0.00

   17b.  Car payments for Vehicle 2    17b.    $_____0.00

   17c.  Other. Specify:_____    17c.    $_____0.00

   17d.  Other. Specify:_____    17d.    $_____0.00

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, Schedule I, Your Income** (Official Form 106I).    18.    $_____0.00

19. **Other payments you make to support others who do not live with you.**
Specify: 0_____    19.    $_____0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

   20a.  Mortgages on other property    20a.    $_____0.00

   20b.  Real estate taxes    20b.    $_____0.00

   20c.  Property, homeowner's, or renter's insurance    20c.    $_____0.00

   20d.  Maintenance, repair, and upkeep expenses    20d.    $_____0.00

   20e.  Homeowner's association or condominium dues    20e.    $_____0.00

21. **Other.** Specify: _____     21.   +$_____0.00

22. **Calculate your monthly expenses.**

   22a. Add lines 4 through 21.     22a.   $_____3,768.00

   22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2     22b.   $_____0.00

   22c. Add line 22a and 22b. The result is your monthly expenses.     22c.   $_____3,768.00

23. **Calculate your monthly net income.**

   23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*     23a.   $_____4,034.00

   23b. Copy your monthly expenses from line 22c above.     23b.   −$_____3,768.00

   23c. Subtract your monthly expenses from your monthly income.
The result is your *monthly net income.*     23c.   $_____266.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.   Explain here:

# EXHIBIT 4

**EXHIBIT 4**

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON

Gina Zadra Walton
Chief Deputy Clerk

United States Courthouse
700 Stewart Street, Room 6310
Seattle, WA 98101
206.370.5207

September 4, 2020

Mr. Alex Lenh
2934 South Webster Street
Seattle, WA 98108

Ms. Nga Nguyen
2934 South Webster Street
Seattle, WA 98108

Re:     Case No. 17-15050-TWD

Greetings,

On August 28, 2020, Judge Walter T. McGovern of the United States District Court for the Western District of Washington entered the enclosed order of reciprocal discipline, disbarring your attorney, Alexander Y. Chan, from practice in this court. In other words, Mr. Chan may no longer represent you in your case before the bankruptcy court. You are encouraged to consult with another bankruptcy attorney to determine whether there are any additional actions that need to be taken to protect your rights in your pending bankruptcy case.

Sincerely,

*Gina Zadra Walton*

Gina Zadra Walton
Chief Deputy Clerk

# EXHIBIT 5

**EXHIBIT 5**

December 13, 2021

Alex Lenh

2934 S Webster St
Seattle, WA 98108

57,438.95

RE: REINSTATEMENT REQUEST
Account Number: 3000537162
Property Address: 2934 S Webster St
                  Seattle, WA 98108

Dear Alex Lenh:

We have received your reinstatement request. The detailed reinstatement figures
provided below are good through 12/31/2021.

| | |
|---|---|
| Number of Payments Due: | 49 |
| Total Amount of Payments Due: | $52,354.30 |
| Accrued Late Charge: | $250.00 |
| NSF Fee: | $0.00 |
| Suspense Account Balance: | $0.00- |
| Recoverable Advances: | $3,592.45 |
| | |
| Total Reinstatement Amount: | $56,196.75 |

Payment must be in the form of certified funds such as a money order or a cashier's check,
made payable to U.S. Bank, and sent via expedited delivery or certified mail.

Certified funds mailed in must be sent to:

U.S. Bank
Attn: DMM Foreclosure – CN-KY-MSFC
2800 Tamarack Rd,
Owensboro, KY 42301

# EXHIBIT 6

EXHIBIT 6

< Back to Loans & Withdrawals

🖨 Print

# Loan details

Want to learn more about your loan? See frequently asked questions (FAQs)

### Loan ID: 401KLN2 Originated Jan-11-2022

| Loan status | Remaining balance | Remaining payments | Payment amount | Next payment due |
|---|---|---|---|---|
| Active |  | 126 | $241.84 | Mar-23-2022 |
| | $28,176.10 | | | |

## Current payment details

| | |
|---|---|
| Payment frequency | Biweekly |
| Payment method | Payroll deductions |
| Payments made | 4 |
| Amount paid to date ? | $967.36 |
| Last payment received | Mar-10-2022   $241.84 |

> See loan payment history

## Payment options

[ Pay off loan ]

[ Make additional payment ]

## Original loan terms

**GENERAL LOAN** $29,000.00

**Originated** Jan-11-2022

| Details | | Costs | |
|---|---|---|---|
| Length (loan term) | 60 Months | Interest rate ? | 3.25% |
| Number of payments | 130 | Total interest | $2,438.00 |
| Payment amount | $241.84 | Total loan cost (principal + interest) | $31,438.00 |
| First payment | Jan-26-2022 | Establishment fee ? | $50.00 |
| Last payment ? | Jan-06-2027 | | |

Keep this information for your records.

**In taking this loan I acknowledge and agree to these terms:**

General:
I understand that the terms of my loan are subject to my plan's requirements. Additionally, I understand the terms could change as a result of new laws, regulations, or governmental guidance. Please refer to the Summary Plan Description (SPD) for further information.
Payments:



# Wire Transfer Services
Outgoing Wire Transfer Request



| Today's Date: | Wells Fargo Reference Number: |
|---|---|
| 02/10/2022 | FW0001681041285200 |

| Banker Name: | Officer/Portfolio Number: |
|---|---|
| DAZA, CELINA | Q3950 |

| Banker Phone: | Branch Number: | Banker AU: | Banker MAC: |
|---|---|---|---|
| 425/228-0101 | 03104 | 0001681 | P6482-011 |

Outgoing wires can only be sent for Wells Fargo customers. Provide the Customer Copy to the customer ensuring you give them the Wire Transfer Agreement on pages 3 and 4. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships. See the Wire Transfer Information for explanations of the Mexican CLABE number, the SWIFT BIC, the International Routing Code ("IRC"), Indian Financial System Code (IFSC) and the International Bank Account Number ("IBAN").

## Originator's Information

| Originator Name: | Street Address: | |
|---|---|---|
| ALEX   LENH | 2934 S WEBSTER ST | |
| **Primary ID Type:** | **Primary ID Description:** | Address Line 2: | |
| PINV WS | PIN Validation | | |
| **Primary ID St/Ctry/Prov:** | **Primary ID Issue Date:** | **Primary ID Expiration Date:** | Address Line 3: | |
| | NONE | NONE | | |
| **Secondary ID Type:** | **Secondary ID Description:** | City: | State: |
| DLIC | LENH*A*310JA | SEATTLE | WA |
| **Secondary ID State/Country:** | **Secondary ID Issue Date:** | **Secondary ID Expiration Date:** | ZIP/Postal Code: | Country: |
| WA | 03/29/2017 | 04/01/2023 | 98108-3943 | US |
| | | | Home Phone: | Business Phone: |

## Wire Amount and Source of Funds

| Create AU: | Amount (US Dollars): | Debit Wells Fargo Account: | Bank/COID: |
|---|---|---|---|
| 0001681 | $57,438.95 | 7316010912 | 00120 |

## Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds)

| Beneficiary/Recipient Name: | Name/Address Line 1: |
|---|---|
| US BANK | |
| **Beneficiary Account Number/IBAN (Foreign)/CLABE (Mexico):** | Name/Address Line 2: |
| 145813088989 | |
| **Purpose of Funds:** | Name/Address Line 3: |
| Reinstatement Request | Alexandria, KY, US |
| | Beneficiary Phone Number: |
| **Additional Instructions:** | |
| Loan No 3000537162 2934 s webster st seattle wa 98108 | |

WTR6603 (2-20 SVP)

## Beneficiary Bank (This is the financial institution where the beneficiary maintains their account.)

| ABA/RTN | SWIFT/BIC: | Beneficiary Bank Name: |
|---|---|---|
| 042100175 | | US BANK, NA |

| Beneficiary Bank Address: | City: | State: |
|---|---|---|
| | COVINGTON | KY |

Additional Instructions:

## Wire Fees

Wells Fargo wire transfer fees will be charged to the Originator's Debit Account. Wells Fargo Wire Transfer Fees are disclosed in your most recent Fee and Information Schedule and related amendments and, if applicable, on the Wells Fargo Combined Disclosure for Outgoing Consumer International Wires. Additional fees from intermediary and beneficiary banks may be charged to international transactions. My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions of this request. Wells Fargo is authorized to rely on the information on this Request in making the requested funds transfer.

Wells Fargo Wire Fee Amount:

$30.00

## Customer Signature

Originator Name

ALEX LENH

Originator Signature

☐ Submit manually
☐ Signature not required

Date:

02/10/2022

# EXHIBIT 7

**EXHIBIT 7**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Nga Nguyen** |
| Debtor 2 | **Alex Lenh** |
| (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number | |
| (if known) | |

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | Barber | |
| Employer's name | | Elite Hair Tanning Salon | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly **gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 5,079.51 |
| 3. | Estimate and list monthly **overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 5,079.51 |

Debtor 1  **Nga Nguyen**
Debtor 2  **Alex Lenh**

Case number *(if known)* _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 5,079.51 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 567.26 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 415.13 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 908.18 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 307.32 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 2,197.89 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 2,881.62 |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm. Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 1,953.52 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive. Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive. Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 1,953.52 | $ 0.00 |

10. **Calculate monthly income.** Add line 7 + line 9.    10. $ 1,953.52 + $ 2,881.62 = $ 4,835.14
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12. $ 4,835.14

Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain: _____

# EXHIBIT 8

**EXHIBIT 8**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Nga Nguyen** |
| Debtor 2 (Spouse, if filing) | **Alex Lenh** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?

   ☐ No. Go to line 2.

   ■ Yes. Does Debtor 2 live in a separate household?

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. Do you have dependents?    ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 12 | ☐ No   ■ Yes |
| Daughter | 15 | ☐ No   ■ Yes |
| | | ☐ No   ☐ Yes |
| | | ☐ No   ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?

   ■ No
   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 956.00 |
| If not included in line 4: | | |
| 4a. Real estate taxes | 4a. $ | 387.49 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 120.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Case 17-15050-TWD    Doc 76-2    Filed 03/18/22    Ent. 03/18/22 11:31:33    Pg. 44 of 51

Debtor 1 **Nga Nguyen**
Debtor 2 **Alex Lenh**

Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 250.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 100.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 120.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 700.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 50.00 |
| 10. | **Personal care products and services** | | 10. $ | 200.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 150.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 0.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 125.00 |
| | 15d. | Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 3,358.49 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 3,358.49 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 4,835.14 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 3,358.49 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 1,476.65 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. | Explain here: |

# EXHIBIT 9

**EXHIBIT 9**

**Below is the Order of the Court.**

Timothy W. Dore
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| In Re: | ) | Chapter 7 |
|---|---|---|
| ALEX LENH | ) | No. 17-15050 |
| NGA NGUYEN | ) | |
| | ) | ORDER ALLOWING CLAIMS |
| Debtors. | ) | |
| | ) | |

THIS MATTER having come regularly before the above entitled court, proper notice having been properly given by the Clerk of the Court to the debtors, creditors, and other parties of record, the court having reviewed the Trustee's motion and the records and files herein, and no objection or response having been made, now, therefore,

IT IS HEREBY ORDERED that claims shall be allowed as follows:

### **GENERAL UNSECURED CLAIMS**

| Claim No. | Claimant | Amount |
|---|---|---|
| 1 | PYOD, LLC | $8,435.75 |
| 2 | Synchrony Bank | $1,593.93 |
| 3 | Synchrony Bank | $5,341.48 |
| 4 | Discover Bank | $13,646.97 |
| 5 | Department Stores National Bank | $2,271.22 |
| 6 | U.S. Bank National Association | $10,470.89 |
| 7 | U.S. Bank National Association | $4,688.55 |
| 8 | U.S. Bank National Association | $5,591.80 |
| 9 | U.S. Bank National Association | $3,870.69 |
| 10 | Pacific Northwest Dental Care | $351.00 |

ORDER ALLOWING CLAIMS - 1

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 3269
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 963-1740 FACSIMILE

| | | |
|---|---|---:|
| 11 | Boeing Employees Credit Union | $25,296.34 |
| 12 | Boeing Employees Credit Union | $12,470.50 |
| 13 | Boeing Employees Credit Union | $20,084.33 |
| | TOTAL GENERAL UNSECURED CLAIMS | $114,113.45 |

//   //   END OF ORDER   //   //

Presented by:


/s/ Ronald G. Brown
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER ALLOWING CLAIMS  - 2

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 963-1740 FACSIMILE

# EXHIBIT 10

**EXHIBIT 10**

**Below is the Order of the Court.**

Timothy W. Dore
**U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

1

2

3

4

5

6

7

8

9          **UNITED STATES BANKRUPTCY COURT**
            **FOR THE WESTERN DISTRICT OF WASHINGTON**
10                          **AT SEATTLE**

11   In Re:                              )      Chapter 7
                                         )      No. 17-15050
12       ALEX LENH                       )
         NGA NGUYEN                       )
13                                       )      ORDER AUTHORIZING
                                         )      SETTLEMENT OF CLAIMS,
14                                       )      APPROVAL AND PAYMENT
                                         )      OF SPECIAL COUNSEL FEES,
15                                       )      AND PAYMENT
                                         )      OF EXEMPTION CLAIM
16                          Debtors.      )
                                         )
17   _____)

18           THIS MATTER having come regularly before the above entitled court, notice having been

19   properly given by the Clerk of the Court to the debtors, creditors, and other parties of record; the

20   court having reviewed the trustee's motion, the declarations of special counsel Bradley K. Crosta,

21   and the records and files herein; and no objection or response having been filed, now, therefore,

22           IT IS HEREBY ORDERED that the personal injury claim by the debtor, Nga Nguyen, from

23   a motor vehicle accident on November 2, 2017, is authorized for settlement in the sum of $60,200,

24   of which the sum of $47,700 is new money; and that

25           IT IS HEREBY FURTHER ORDERED as follows:

26           1. Fees in the sum of $15,900 and costs in the sum of $3,358.76 are approved for special

27   counsel, Bradley K. Crosta, of Crosta Law Office, PLLC, and the trustee is authorized to pay the

28   fees and reimbursement of costs to special counsel upon receipt of the claim settlement funds.

ORDER - 1

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 563-1740 FACSIMILE

1    2.  The trustee is authorized to pay the debtors exemption claim in the sum of $15,000 to the

2    debtors upon receipt of the claim settlement funds.

3                    //   //  END OF ORDER   //   //

4    Presented by:

5

6    /s/ Ronald G. Brown
     Ronald G. Brown, WSBA #8816
7    Chapter 7 Trustee

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER - 2

RONALD G. BROWN
ATTORNEY AT LAW
P.O. BOX 2369
KIRKLAND, WASHINGTON 98083
(425) 522-3649 TELEPHONE
(425) 963-1740 FACSIMILE