| | |
|---|---|
| Ty Ho<br>Ho & Associates<br>502 Rainier Ave S., Suite 202<br>Seattle, WA 98144<br>Tel: 206.328.2401<br>Fax: 206.329.0351 | Timothy Dore<br>Chapter 7<br>Hearing Location: Seattle<br>Hearing Date: 04/01/2022<br>Hearing Time: 9:30 a.m.<br>Response Date: 03/25/2022 |

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>Alex Lenh and Nga Nguyen<br><br>Debtors. | Chapter 7<br><br>**Bankruptcy No. 17-15050**<br><br>**DEBTORS' RESOPNSE TO TRUSTEE'S MOTION TO COMPEL DEBTORS' COOPERATION** |

### DEBTORS' RESPONSE TO TRUSTEE'S MOTION TO COMPEL DEBTORS' TO COOPERATE WITH MARKETING OF RESIDENCE

COMES NOW, Ty Ho, attorney for debtors, moves for an Order Denying Trustee's Motion to Compel Debtors to Cooperate with Marketing of Residence. This response is supported by debtors' declaration and the following:

1. This case was filed on November 19, 2017.
2. One of the assets listed by the debtor was the residence located at 2934 S. Webster Street, Seattle, WA 98108 (the "Residence"). Debtors scheduled the Residence value at $284,000, and having liens totaling $249,9956.41
3. Although debtors received a discharge, this case remained open for Trustee Ronald Brown to administer Debtor Nga Nguyen's personal injury claim, which was recently settled.
4. Because of the uptake in the real estate market, Trustee Ronald Brown wishes to sale the Residence, which is 4 years after Discharge date.
5. Debtors wish to keep their house to live with their children. Trustee's action forces debtors with no other choice then to convert their chapter 7 to chapter 13.

*Debtors' Response to Motion to Compel - Page 1 of 2*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

Case 17-15050-TWD    Doc 78    Filed 03/18/22    Ent. 03/18/22 11:50:01    Pg. 1 of 2

6. Debtors have filed their Motion to Convert from Chapter 7 to Chapter 13. Debtors are eligible and are entitled to such conversion.
7. The conversion will release Chapter 7 Trustee of all of his responsibilities under this case, including selling the Residence.

WHEREFORE, Debtors respectfully request this Court Deny Trustee's Motion to Compel Debtors to Cooperate with Marketing of Residence.

DATED this __17th__ day of <u>March</u>, 2022.

 /s/Ty Ho
Attorney for Debtors/WSBA # 35808
Ho & Associates
502 Rainier Avenue South, Suite 202
Seattle, Washington 98144
Tel: 206.328.2401
Fax: 206.329.0351
Email: Ty.Ho@hoassociates.com

*Debtors' Response to Motion to Compel - Page 2 of 2*

Ho & Associates
502 Rainier Ave. S. Suite 202
Seattle, Washington 98144
Telephone: 206.328.2401 / Facsimile: 206.329.0351
Web: http://hoassociates.com

Case 17-15050-TWD    Doc 78    Filed 03/18/22    Ent. 03/18/22 11:50:01    Pg. 2 of 2